| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:26-cr-26 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| WAYNE LAJUAN DEWS | ) Magistrate Judge Michael J. Dumitru |

## O R D E R

Magistrate Judge Michael Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the Two-Count Indictment; (2) accept Defendant's guilty plea as to Count One; (3) adjudicate the Defendant guilty of the charges set forth in Count One; (4) defer a decision on whether to accept the plea agreement (Doc. 15) until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. (Doc. 20 at 1.) Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation (Doc. 20) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the Two-Count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **November 4, 2026, at 2:00 p.m. Eastern** before the undersigned.

**SO ORDERED.**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2